1 | **BRYAN CAVE LLP**
Robert Padway, California Bar No. 48439
2 | Robert J. Esposito, California Bar No. 267031
Two Embarcadero Center, Suite 1410
3 | San Francisco, CA 94111
Telephone:      415-675-3400
4 | Facsimile:      415-675-3434
E-mail:      robert.padway@bryancave.com
5 |             robert.esposito@bryancave.com

6 | Attorneys for Defendants
BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP and RECONTRUST
7 | COMPANY, N.A.

8 |

9 | **MERCER LEGAL**
Eric Andrew Mercer, California Bar No. 248707
10 | 770 L Street Suite 950
Sacramento, CA 95814
11 | Telephone:      (916) 361-6022
Facsimile:      (916) 361-6023
12 | Email:      mercerlegal@me.com

13 | Attorney for Plaintiff
STEVEN GRILL

14 |

15 | **UNITED STATES DISTRICT COURT**

16 | **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

17 |

18 | STEVEN GRILL,    Case No. 2:10-cv-03057-FCD-GGH

19 |          Plaintiff,    **STIPULATION AND ORDER
EXTENDING TIME TO FILE**
20 | vs.    **RESPONSIVE PLEADING**

21 | BAC HOME LOANS SERVICING, LP;
BANK OF AMERICA N.A.; RECONTRUST
22 | COMPANY N.A.; and DOES 1 through 10,    Original Deadline:    February 28, 2011
inclusive,    New Deadline:    March 7, 2011

23 |

24 |          Defendants.    Assigned To: Judge Frank C. Damrell, Jr
Referred To: Magistrate Judge Gregory G.
Hollows

*(sidebar, left margin)* Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

1

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

## STIPULATION

Plaintiff Steven Grill and Defendants BAC Home Loans Servicing, LP ("BAC Servicing"), Bank of America, N.A. ("BANA"), and Recontrust Company, N.A. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1.      Defendants are required to file a responsive pleading pursuant to the Court's Order granting Defendants' Motion to Dismiss by February 28, 2011.  (*See* Dkt. 14).

2.      Pursuant to Local Rule 144 and Federal Rule of Civil Procedure 6, the Parties hereby stipulate to extend the time to file a responsive pleading by 7 days.  No extension relating to this matter has previously been sought.

3.      Defendants shall now be required to file a responsive pleading on or before March 7, 2011.

4.      The content of this document is acceptable to all persons who have signed below.

*[continues on next page]*

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING
CASE NO. 2:10-cv-03057-FCD-GGH

1    5.    The extensions of time requested herein will not result in prejudice to any party to

2  this action or to this Court.

3        IT IS SO STIPULATED.

4  Dated:  March 2, 2011              Robert A. Padway
                                      Robert J. Esposito
5                                     **BRYAN CAVE LLP**

6
                                      By:   /s/ Robert J. Esposito
7                                         Robert J. Esposito
                                      Attorneys for Defendants
8                                     BANK OF AMERICA, N.A., BAC HOME
                                      LOANS SERVICING, LP, and RECONTRUST
9                                     COMPANY, N.A.

10 Dated:  March 2, 2011              Eric A. Mercer
                                      **Mercer Legal**
11
                                      By:   /s/ Eric A. Mercer
12                                        Eric A. Mercer
                                      Attorney for Plaintiff
13                                    STEVEN GRILL

14

15

16                                    **ORDER**

17    Pursuant to the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED.**

18

19 Dated:  March 2, 2011

20

21                                    _____
                                      FRANK C. DAMRELL, JR.
22                                    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907