1  **BRYAN CAVE LLP**
   Robert Padway, California Bar No. 48439
2  Robert J. Esposito, California Bar No. 267031
   Two Embarcadero Center, Suite 1410
3  San Francisco, CA 94111
   Telephone:      415-675-3400
4  Facsimile:      415-675-3434
   E-mail:          robert.padway@bryancave.com
5                    robert.esposito@bryancave.com

6  Attorneys for Defendants
   BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP and RECONTRUST
7  COMPANY, N.A.

8

9  **MERCER LEGAL**
   Eric Andrew Mercer, California Bar No. 248707
10 770 L Street Suite 950
   Sacramento, CA 95814
11 Telephone:      (916) 361-6022
   Facsimile:       (916) 361-6023
12 Email:           mercerlegal@me.com

13 Attorney for Plaintiff
   STEVEN GRILL

14

15              **UNITED STATES DISTRICT COURT**

16     **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

17

18 STEVEN GRILL,                          Case No. 2:10-cv-03057-FCD-GGH

19                Plaintiff,              **JOINT STIPULATION AND ORDER TO
                                          REMAND THIS ACTION TO**
20     vs.                               **SACRAMENTO COUNTY SUPERIOR
                                          COURT AND REQUEST TO EXTEND**
21 BAC HOME LOANS SERVICING, LP;          **TIME TO FILE A RESPONSIVE**
   BANK OF AMERICA N.A.; RECONTRUST        **PLEADING**
22 COMPANY N.A.; and DOES 1 through 10,
   inclusive,
23                                        Assigned To: Judge Frank C. Damrell, Jr.
                                          Referred To: Magistrate Judge Gregory G.
24                Defendants.             Hollows

25

26

27

28

                                 1

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

**STIPULATION**

Plaintiff Steven Grill and Defendants BAC Home Loans Servicing, LP ("BAC Servicing"), Bank of America, N.A. ("BANA"), and ReconTrust Company, N.A. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate that this action is remanded to the Superior Court for the County of Sacramento.

The parties further stipulate and request that:

WHEREAS,

1.     Pursuant to the Court's January 13, 2011 Order, Defendants were required to file a responsive pleading by February 28, 2011. (*See* Dkt. 14 at 20).

2.     The Parties previously stipulated to extend Defendants' time to file a responsive pleading by seven (7) days.  (*See* Dkt. 17).

[*continues on next page*]

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

NOW, THEREFORE,

3.    Defendants shall have fourteen (14) days from the date of this Stipulation to file a responsive pleading.

4.    Plaintiff shall have fifteen (15) days from the date this Remand Order is entered to file an amended pleading.

The Parties agree that the extensions of time requested herein will not result in prejudice to any party to this action or to this Court.  The content of this document is acceptable to all persons who have signed below.

**IT IS SO STIPULATED.**

Dated:  March 8, 2011

Robert A. Padway
Robert J. Esposito
**BRYAN CAVE LLP**


By:   /s/ Robert J. Esposito
        Robert J. Esposito
Attorneys for Defendants
BANK OF AMERICA, N.A., BAC HOME
LOANS SERVICING, LP, and RECONTRUST
COMPANY, N.A.

Dated:  March 8, 2011

Eric A. Mercer
**Mercer Legal**

By:   /s/ Eric A. Mercer
        Eric A. Mercer
Attorney for Plaintiff
STEVEN GRILL

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED** that this case is hereby remanded to the Superior Court for the County of Sacramento.

Dated:  March 8, 2011


FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907